IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA and WYATT BAUGH                                                                    PLAINTIFFS

v.                                        Case No. 3:11-CV-03123

AMERICAN MEDICAL SYSTEMS, INC.                                                           DEFENDANT

## ORDER

Currently before the Court are Defendant American Medical Systems, Inc.s' Consent Motion to Stay (Doc. 5) and brief in support (Doc. 6).  Defendant moves this Court, with the consent of counsel for Plaintiffs, to stay this action pending resolution by the Joint Panel on Multidistrict Litigation ("JPML") of the parties' respective motions to transfer for coordinated and/or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Having considered the Motion, and for good cause shown, the Court finds that the Motion (Doc. 5) should be, and hereby is GRANTED. This action is STAYED pending resolution by the JPML of the parties' motions to transfer. <u>The parties are directed to file notice of the JPML's decision as soon as it becomes available.</u>

IT IS SO ORDERED this 18th day of January, 2012.

                                                            /s/ P. K. Holmes, III
                                                            P.K. HOLMES, III
                                                            UNITED STATES DISTRICT JUDGE